## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Melissa Jean Crawley,

               Petitioner,

v.

Kevin Burke, *et al.*,

               Respondents.

Civ. No. 11-2414 (RHK/JSM)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

      This matter is before the Court on the Report and Recommendation of Magistrate Judge Janie S. Mayeron (Doc. No. 3), recommending that Petitioner Melissa Jean Crawley's Petition for Writ of Habeas Corpus be dismissed for lack of subject-matter jurisdiction. Having carefully considered the Report and Recommendation, and noting that no Objections thereto have been filed,[1] **IT IS ORDERED** that the Report and Recommendation is **ADOPTED** in its entirety, and this action is summarily **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: October 11, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge

---

[1] Petitioner, through counsel, requested an extension to October 6, 2011, to object to the Report and Recommendation. (See Doc. No. 4.) The Court granted that request by Order dated September 19, 2011. (See Doc. No. 6.) Despite that extension, no Objections have been filed.